**United States Bankruptcy Court**
**Northern District of Georgia**

In re   **Charity Renay Graham**                                                                        Case No.
                                                Debtor(s)                                               Chapter    **13**

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS
# FOR INDIVIDUALS OR JOINT DEBTORS

   1.  In accordance with Fed. R. Bankr. P. 1006 and General Order No. 16-2013 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ **310.00** in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.

   2.  I am unable to pay the filing fee except in installments.

   3.  I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

   4.  I propose the following terms for the payment of the filing fee:
        First Installment of $**75.00** , with seven (7) days of the filing of the petition.
        Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ **117.50** , on or before 30 days from the date the bankruptcy petition was filed.
        Final Installment of the remaining unpaid balance of the filing fee in the amount of $ **117.50** , on or before 60 days from the date the bankruptcy petition was filed.

   5.  **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.**

| **/s/ Howard Slomka**          **July 13, 2018** | **/s/ Charity Renay Graham**          **July 13, 2018** |
|---|---|
| Signature of Attorney                     Date | Signature of Debtor                            Date |
|  | (In a joint case, both Debtors must sign) |
| **Howard Slomka 652875  GA** |  |
| Name of Attorney | Signature of Joint Debtor                       Date |

1